<u>Notice of Returned Mail to Debtor/Debtor's Attorney</u>

October 3, 2019

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Francis M. Urban, Case Number 19-27777, ABA

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

RJM Acquisitions LLC
575 Underhill Blvd Ste 224
Syosset, NY 11791-3416

THE UPDATED ADDRESS IS:

_Business Closed_

_____

Signature of Debtor or Debtor's Attorney      Date: 10/4/2019

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

10/4/2019

Google    rjm acquisitions llc

Q All    📰 News    🗺 Maps    🖼 Images    🛒 Shopping    ⋮ More        Settings    Tools

About 24,000 results (0.55 seconds)

**RJM Acquisitions, LLC (Closed), Complaints and Lawsuits ...**
https://www.cardozalawcorp.com › library › rjm-acquisitions-llc-closed-  ▼
Facts about debt collector **RJM Acquisitions, LLC** (Closed), Complaints and Lawsuits.

**RJM Acquisitions, LLC | Better Business Bureau® Profile**
https://www.bbb.org › syosset › profile › collections-agencies › rjm-acquis...  ▼
575 Underhill Blvd., Suite 224, Syosset, NY 11791. ... BBB Tip: Collection Agencies. ... This company is falsly reporting.

**RJM Acquisition - Debt Collection Answers**
https://www.debtcollectionanswers.com › RJM-Acquisition  ▼
Variations on name: **RJM Acquisitions** Funding, LLC Website: http://rjmacqny.com. Address: 575 Underhill Blvd. Ste 224 Syosset, NY 11791. Other Basic Info
**Address**: 575 Underhill Blvd.

**RJM Acquisitions LLC - Company Profile and News ...**
https://www.bloomberg.com › profile › company  ▼
Company profile page for **RJM Acquisitions LLC** including stock price, company news, press releases, executives, board members, and contact information.

**Have you been sued by RJM Acquisitions, LLC? | NYC Debt ...**
https://www.thelangelfirm.com › debt-collector-list › rjm-acquisitions-llc  ▼
The Langel Firm assists those who have been sued by **RJM Acquisitions, LLC**. Experienced New York debt collection defense lawyers are standing by ready to ...

**Rjm Acquisitions LLC 575 Underhill Blvd Ste 224 Syosset, NY ...**
https://www.mapquest.com › new-york › rjm-acquisitions-llc-346430837  ▼
Get directions, reviews and information for **Rjm Acquisitions LLC** in Syosset, NY.

**RJM Acquisitions LLC | Federal Trade Commission**
https://www.ftc.gov › enforcement › cases-proceedings › closing-letters › r...  ▼
**RJM Acquisitions LLC**. Tags: Credit and Finance · Debt Collection. Date: August 27, 2012. Matter Number: 122 3020. application/pdf icon Letter to Anthony E.

**RJM Acquisitions LLC - What do consumers say about them ...**
https://www.debtconsolidationcare.com › forum › rjmacquisitions  ▼
Sep 1, 2005 - 11 posts - 3 authors
Has anyone ever had any experiences with **RJM Acquisitions LLC** NY? I received a letter in the mail from this company about three weeks ago ...

**How to Remove RJM Acquisitions from Your Credit Report**
https://www.crediful.com › collection-agencies › rjm-acquisitions  ▼
A collection account from **RJM Acquisitions LLC** can remain on your credit report for up to 7 years from the date of original delinquency. Many people come to ...

▷ **Rjm Acquisitions Customer Service Phone Number (516 ...**
https://rjm-acquisitions.pissedconsumer.com › customer-service  ▼
Contact Rjm Acquisitions customer support team using phone number, address: **RJM Acquisitions, LLC**, 575 Underhill Blvd Suite 224, Syosset, NY, 11791-3416.

**Rjm Acquisitions Funding LLC | Find Rjm Acquisitions Funding...**
[Ad] www.info.com/web  ▼
Search **Rjm Acquisitions** Funding LLC. Visit & Lookup Immediate Results Now.



See outside

Permanently closed

## RJM Acquistions

Directions    Save

5.0    1 Google review

**Address:** 575 Underhill Blvd # 224, Syosset 11791

**Phone:** (516) 921-2722

Own this business?

Send to your phone

Reviews
1 Google review

### People also search for

Debt Recovery Solutions... Debt collection agency

The Langel Firm Law firm

Palisades Collection LLC Attorney