Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.: 19–27777–ABA
                          Chapter: 13
                          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Francis M. Urban | Francine Urban |
| aka Michael Urban | aka Francine A. Urban |
| 184 Blackman Rd | 184 Blackman Rd |
| Egg Harbor Township, NJ 08234–7530 | Egg Harbor Township, NJ 08234–7530 |

Social Security No.:
  xxx–xx–2456                           xxx–xx–9679

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

    Please be advised that Francis M. Urban/Francine Urban the Debtors in the above captioned case filed a proof of claim on behalf of the following creditor(s) on December 23, 2019.

Egg Harbor Township MUA

Dated: December 30, 2019
JAN: jpl

                                                              Jeanne Naughton
                                                              Clerk