Certificate Number: 05781-NJ-DE-033885856

Bankruptcy Case Number: 19-27777



05781-NJ-DE-033885856

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 30, 2019</u>, at <u>4:37</u> o'clock <u>PM PST</u>, <u>Francine Urban</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 30, 2019</u>          By:   <u>/s/Allison M Geving</u>

                                                              Name:   <u>Allison M Geving</u>

                                                              Title:   <u>President</u>