Form 226 – 3004claimntc.jsp

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 19−27777−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Francis M. Urban | Francine Urban |
| aka Michael Urban | aka Francine A. Urban |
| 184 Blackman Rd | 184 Blackman Rd |
| Egg Harbor Township, NJ 08234−7530 | Egg Harbor Township, NJ 08234−7530 |

Social Security No.:
  xxx−xx−2456                                     xxx−xx−9679

Employer's Tax I.D. No.:

**Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004**

     Please be advised that Francis M. Urban/Francine Urban the Debtors in the above captioned case filed a proof of claim on behalf of the following creditor(s) on December 23, 2019.

Egg Harbor Township MUA

Dated: December 30, 2019
JAN: jpl

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 19-27777-ABA
Francis M. Urban                                                Chapter 13
Francine Urban
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin             Page 1 of 1                Date Rcvd: Dec 30, 2019
                              Form ID: 226            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
```
db/jdb          Francis M. Urban,   Francine Urban,   184 Blackman Rd,   Egg Harbor Township, NJ  08234-7530
518464804      +Egg Harbor Township MUA,   3515 Bargaintown Road,   Egg Harbor Township, NJ 08234-8321
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 30 2019 23:26:57      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
                                                                                             TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
```
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Jeanie D. Wiesner    on behalf of Joint Debtor Francine  Urban jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
              Jeanie D. Wiesner    on behalf of Debtor Francis M. Urban jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
              Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```