**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 9 | Lien Avoidance |

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Francis M. Urban  
Francine Urban  

Debtor(s)

Case No.: 19-27777 (ABA)

Judge: Andrew B. Altenburg

## Chapter 13 Plan and Motions

☐ Original                ☒ Modified/Notice Required          Date: December 19, 2019  
☒ Motions Included        ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/ JDW      Initial Debtor: /s/ FMU      Initial Co-Debtor: /s/ FU

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ __510.00__ per __month__ to the Chapter 13 Trustee, starting on __January 1, 2020__ for approximately __56__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

  ☒ Future earnings

  ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

  ☐ Sale of real property
  Description:
  Proposed date for completion: _____

  ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

  ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

  $1,620.00   PTD

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.   All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $3,750.00 |
| DOMESTIC SUPPORT OBLIGATION | PRIORITY | N/A |
| INTERNAL REVENUE SERVICE (2018 Income Taxes) | PRIORITY | $406.36 |
| STATE OF NJ DIV. TAXATION (2017 & 2018 Income Taxes) | PRIORITY | $301.00 |
| EGG HARBOR TOWNSHIIP MUA | PRIORITY | $173.47 |

    b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bank of America | Real Property | $23,094.16 | 0.00% | $23,094.16 | $1,179.00 |
| Ally Financial | 2013 VW Passat | $976.91 | 0.00% | $976.91 | $410.41 |
| Santander d/b/a Chrysler Capital | 2012 VW Jetta | $688.65 | 0.00% | $688.65 | $241.19 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|   |   |   |   |   |   |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|   |   |   |   |   |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|   |   |   |   |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5:  Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6: Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

### Part 7: Motions ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f). ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| 1. Trocki Plastic Surgery DC-007122-98 | Real Property | Judgment | $654.02 | $80,000.00 | $1.00 | $188,015.67 | $654.02 |
| 2. Platinum Financial DC-007392-03 | Real Property | Judgment | $4,907.97 | $80,000.00 | $1.00 | $183,761.72 | $4,907.97 |
| 3. Laridian Consulting DC-006692-04 | Real Property | Judgment | $6,789.21 | $80,000.00 | $1.00 | $181,880.48 | $6,789.21 |
| 4. New Century Financial DJ-309259-05 | Real Property | Judgment | $7,604.74 | $80,000.00 | $1.00 | $181,064.95 | $7,604.74 |
| 5. New Century Financial DC-006307-05 | Real Property | Judgment | $5,009.39 | $80,000.00 | $1.00 | $183,660.30 | $5,009.39 |
| 6. 1st Natl Acceptance SC-2392-05 | Real Property | Judgment | $1,415.61 | $80,000.00 | $1.00 | $187,254.08 | $1,415.61 |
| 7. NCO Financial DC-002893-06 | Real Property | Judgment | $3,391.88 | $80,000.00 | $1.00 | $185,277.81 | $3,391.88 |
| 8. Shore Medical Center DC-006961-13 | Real Property | Judgment | $8,980.94 | $80,000.00 | $1.00 | $179,688.75 | $8,980.94 |
| 9. Collections And Reco DC-000880-15 | Real Property | Judgment | $884.37 | $80,000.00 | $1.00 | $187,785.32 | $884.37 |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative/Priority
3) Secured
4) Unsecured

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Arrears owed to priority and secured creditors to be updated or added; Update check box for Motions to Avoid Judgment Liens | Part 1(a), (e); Part 3(a); part 4(a), (f) |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

# Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: December 19, 2019                    /s/ Francis M. Urban
                                            Debtor

Date: December 19, 2019                    /s/ Francine Urban
                                            Joint Debtor

Date: December 19, 2019                    /s/ Jeanie D. Wiesner
                                            Attorney for Debtor(s)

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 19-27777-ABA
Francis M. Urban                                                    Chapter 13
Francine Urban
        Debtors               CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 4            Date Rcvd: Jan 23, 2020
                              Form ID: pdf901          Total Noticed: 118


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db/jdb         Francis M. Urban,    Francine Urban,    184 Blackman Rd,    Egg Harbor Township, NJ 08234-7530
518464772      Acutis Diagnostics,    728 Larkfield Rd,    East Northport, NY 11731-6108
518464775      All About Eyes,    3007 Ocean Heights Ave # 5,    Egg Harbor Township, NJ 08234-7749
518464778     +Anthony G. , Jr. Campo MD,    223 Shore Rd,    Somers Point, NJ 08244-2648
518464779      Apex Asset Management,    1891 Santa Barbara Dr Ste 204,    Lancaster, PA 17601-4106
518464780      Arrow Financial Services,    5996 W. Touhy Ave.,    Niles, IL 60714-4610
518464781     +Atlantic Radiologists,    POB 1262,    Indianapolis, IN 46206-1262
518464782     +Atlantic Smiles LLC,    3069 English Creek Ave. Ste. 304,    Egg Harbor Twp., NJ 08234-9708
518476955     +BANK OF AMERICA, N.A.,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518464783      Bank Of America Home Loans,    PO Box 660694,    Dallas, TX 75266-0694
518552816      Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
518503671     +CHRYSLER CAPITAL,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
518488827     +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
518542265      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518464790      Chrysler Capital,    PO Box 621212,    Fort Worth, TX 76101
518464792      Collection and recoveries,    PO Box 35,    Northfield, NJ 08225-0035
518464793      Collections & Recoveries,    201 Tilton Rd Ste 8,    Northfield, NJ 08225-1247
518464801      Credence Resource Management,    PO Box 2300,    Southgate, MI 48195-4300
518464806     +ELab Solutions,    5009 Roswell Rd,    Sandy Springs, GA 30342-2205
518464804     +Egg Harbor Township MUA,    3515 Bargaintown Road,    Egg Harbor Township, NJ 08234-8321
518464805     +Eichenbaum & Stylianou,    POB 914,    Paramus, NJ 07653-0914
518464808     +Express Claims, Inc.,    2360 Lakewood Rd Ste 3,    Toms River, NJ 08755-1933
518464809      ExxonMobil / Citibank,    POB 6497,    Sioux Falls, SD 57117-6497
518464810      Faia & Frick Law Office,    1406 S Main St,    Pleasantville, NJ 08232-3513
518464811     +Fein Such Kahn & Shepard,    7 Century Dr Ste 201,    Parsippany, NJ 07054-4673
518464812     +First National Acceptance,    Attn: Hayt Hayt & Landau,    PO Box 500,    Eatontown, NJ 07724-0500
518464813     +Firstsource Advantage, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
518464814      Florida Department of Transportation,    PO Box 71237,    Charlotte, NC 28272-1237
518464815      Foot & Ankle Center,    438 Ganttown Rd Ste B4,    Sewell, NJ 08080-1887
518464819      Grace Family Dentistry,    3502 Bargaintown Rd,    Egg Harbor Township, NJ 08234-8320
518464822      HSBC Bank Nevada,    POB 5253,    Carol Stream, IL 60197-5253
518464820      Hayt Hayt & Landau,    PO Box 500,    Eatontown, NJ 07724-0500
518464821      Horizon Eye Care,    2401 Bay Ave,    Ocean City, NJ 08226-2456
518464825      Island National Group LLC,    6851 Jericho Tpke Ste 180,    Syosset, NY 11791-4421
518464828      KML Law Group PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518464827      Kinum Inc.,    2133 Upton Dr Ste 126,    Virginia Beach, VA 23454-1194
518464830      Laridian Consulting, Inc.,    577 Hamburg Tpke,    Wayne, NJ 07470-2042
518464833     +MRS BPO LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
518464831      Mainland Dental,    50 W Black Horse Pike,    Pleasantville, NJ 08232-2645
518464834      Mullooly Jeffrey et al,    PO Box 9036,    Syosset, NY 11791-9036
518587170     +Music and Arts,    5295 Westview Drive,    Suite 300,    Frederick, MD 21703-8519
518464836    ++NATIONWIDE RECOVERY SERVICE,    PO BOX 8005,    CLEVELAND TN 37320-8005
              (address filed with court: Nationwide Recovery Service,    545 Inman St W,
                Cleveland, TN 37311-1768)
518464840      NCO Portfolio Management,    Att: Nudelman Nudelman & Ziering,    425 Eagle Rock Ave,
                Roseland, NJ 07068-1717
518464844     +NJ EZ Pass,    POB 52005,    Newark, NJ 07101-8205
518464845     +NJ EZ Pass,    PO Box 4971,    Trenton, NJ 08650-4971
518464841      New Century Financial,    Attn: Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
518464846      Nudelman Nudelman & Ziering,    425 Eagle Rock Ave,    Roseland, NJ 07068-1717
518464847      Oak Tree Pediatric,    1601 Tilton Rd Ste 1,    Northfield, NJ 08225-1858
518464848      Platinum Financial Servcies,    7910 Woodmont Ave Ste 1350,    Bethesda, MD 20814-7069
518464850      Pressler Felt & Warshaw,    7 Entin Rd,    Parsippany, NJ 07054-5020
518464851      Pressler Felt Warshaw LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
518464852      Pukenas DMD,    3069 English Creek Ave,    Egg Harbor Township, NJ 08234-9708
518464854      RJM Acquisitions LLC,    575 Underhill Blvd Ste 224,    Syosset, NY 11791-3416
518464853      Rickart Collection Systems, Inc.,    PO Box 7242,    North Brunswick, NJ 08902-7242
518464858      SMH Professional Services,    PO Box 48094,    Newark, NJ 07101-4893
518464843    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: NJ Division Of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
518464855      Sears / CBNA,    PO Box 6217,    Sioux Falls, SD 57117-6217
518464856      Shore Medical Center,    PO Box 42972,    Philadelphia, PA 19101-2972
518464857      Short Orthodontics,    216 New Rd,    Linwood, NJ 08221-1214
518464859      Stockton University,    101 Vera King Farris Dr,    Galloway, NJ 08205-9441
518464865      TD Bank USA/Target Credit,    PO Box 1470,    Minneapolis, MN 55440-1470
518464866     +Trocki Plastic Surgery Center,    631 Tilton Rd,    Northfield, NJ 08225-1255
518464867      Trover Solutions,    PO Box 36380,    Louisville, KY 40233-6380
518464870     +Wachovia Bank,    POB 10335,    Des Moines, IA 50306-0335
518464871      Walt Disney World Co,    Attn: BCA Financial Servcies,    18001 Old Cutler Rd Ste 462,
                Miami, FL 33157-6437
518464872      Wells Fargo Dealer Services,    PO Box 10709,    Raleigh, NC 27605-0709
```

```
District/off: 0312-1               User: admin                 Page 2 of 4                   Date Rcvd: Jan 23, 2020
                                   Form ID: pdf901             Total Noticed: 118


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 23:56:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 23:56:39     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518464773        E-mail/Text: EBNProcessing@afni.com Jan 23 2020 23:56:48     Afni,    PO Box 3427,
                 Bloomington, IL 61702-3427
518464777        E-mail/Text: ally@ebn.phinsolutions.com Jan 23 2020 23:55:39      Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
518568797        E-mail/Text: ally@ebn.phinsolutions.com Jan 23 2020 23:55:39      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
518584494        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2020 00:03:55
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518579692       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 00:03:48
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518464796        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2020 23:56:17      COmenity Bank/Express,
                 PO Box 182789,    Columbus, OH 43218-2789
518464784        E-mail/Text: clientrep@capitalcollects.com Jan 23 2020 23:57:31      Capital Collection Services,
                 PO Box 150,    West Berlin, NJ 08091-0150
518464785       +E-mail/Text: cms-bk@cms-collect.com Jan 23 2020 23:56:10      Capital Management Services,
                 698 1/2 S Ogden St,    Buffalo, NY 14206-2317
518464786        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2020 00:02:43
                 Capital One Bank (USA) NA,     PO Box 71083,   Charlotte, NC 28272-1083
518488834       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2020 00:04:06
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518464787       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2020 00:02:43
                 Capital One Bank USA NA,    POB 30281,    Salt Lake City, UT 84130-0281
518464788        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2020 00:03:40      Capital One FSB,
                 PO Box 70885,    Charlotte, NC 28272-0885
518464789       +E-mail/Text: bankruptcy@cavps.com Jan 23 2020 23:57:01      Cavalry Portfolio Services,
                 500 Summit Lake Dr.,    Valhalla, NY 10595-2322
518479335       +E-mail/Text: bankruptcy@cavps.com Jan 23 2020 23:57:01      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518464791        E-mail/Text: bankruptcy@philapark.org Jan 23 2020 23:57:22      City of Philadelphia,
                 PO Box 41818,    Philadelphia, PA 19101-1818
518464794       +E-mail/Text: documentfiling@lciinc.com Jan 23 2020 23:55:34      Comcast,    1846 N. West Blvd.,
                 Vineland, NJ 08360-2000
518464795        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2020 23:56:17      Comenity Bank,
                 PO Box 182273,    Columbus, OH 43218-2273
518464797       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2020 23:56:17      Comenity Bank/Pier 1,
                 PO Box 182789,    Columbus, OH 43218-2789
518464798       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2020 23:56:18      Comenity Bank/VCTRSSEC,
                 PO Box 182789,    Columbus, OH 43218-2789
518464799        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2020 23:56:18      ComenityCapitalBank/Bosc,
                 PO Box 182120,    Columbus, OH 43218-2120
518464800       +E-mail/Text: convergent@ebn.phinsolutions.com Jan 23 2020 23:57:10      Convergent Outsourcing,
                 800 Sw 39th St,    Renton, WA 98057-4927
518464802        E-mail/Text: G06041@att.com Jan 23 2020 23:57:08      DirecTV,    POB 11732,
                 Newark, NJ 07101-4732
518535911       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2020 00:05:03      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518464803       +E-mail/Text: bankruptcynotices@dcicollect.com Jan 23 2020 23:57:14
                 Diversified Consultants, Inc.,    POB 551268,   Jacksonville, FL 32255-1268
518464807       +E-mail/Text: convergent@ebn.phinsolutions.com Jan 23 2020 23:57:10      ER Solutions,
                 800 SW 39th St,    Renton, WA 98057-4927
518464823        E-mail/Text: bankruptcy@icrsolutions.net Jan 23 2020 23:55:40      Immediate Credit Recovery,
                 PO Box 1900,    Wappingers Falls, NY 12590-8900
518464824        E-mail/Text: cio.bncmail@irs.gov Jan 23 2020 23:55:57      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518464826        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 23 2020 23:56:54      Jefferson Capital Systems,
                 16 McLeland Rd,    Saint Cloud, MN 56303-2198
518557943        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 23 2020 23:56:54      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518464829        E-mail/Text: bncnotices@becket-lee.com Jan 23 2020 23:55:46      KOHLS Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
518464832        E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2020 23:56:38      MRC Receivables for Circuit City,
                 5775 Roscoe Ct,    San Diego, CA 92173-1356
518464835       +E-mail/Text: cd@musicarts.com Jan 23 2020 23:57:11      Music & Arts Centers,
                 4626 Wedgewood Blvd,    Frederick, MD 21703-7159
518464837       +E-mail/Text: egssupportservices@alorica.com Jan 23 2020 23:56:49      NCO Financial Services,
                 507 Prudential Road,    Horsham, PA 19044-2308
518464838       +E-mail/Text: egssupportservices@alorica.com Jan 23 2020 23:56:49
                 NCO Financial Systems, Inc.,    507 Prudential Road,   Horsham, PA 19044-2308
```

```
District/off: 0312-1          User: admin              Page 3 of 4                  Date Rcvd: Jan 23, 2020
                              Form ID: pdf901          Total Noticed: 118


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518464839      E-mail/Text: egssupportservices@alorica.com Jan 23 2020 23:56:50     NCO Portfolio Management,
                507 Prudential Rd,   Horsham, PA  19044-2308
518464842      E-mail/PDF: bankruptcy@ncfsi.com Jan 24 2020 00:03:49     New Century Financial Services,
                110 S Jefferson Rd # 104,   Whippany, NJ  07981-1038
518464849      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 00:04:46
                Portfolio Recovery Associates,   120 Corporate Blvd Ste 100,   Norfolk, VA  23502-4962
518495102     +E-mail/Text: bankruptcy@philapark.org Jan 23 2020 23:57:22     Philadelphia Parking Authority,
                701 Market St.,  Suite 5400,   Philadelphia, PA 19106-2895
518574933      E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 23:56:30
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
518574939      E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 23:56:31
                Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                Kirkland, WA  98083-0788
518556740      E-mail/Text: helen.ledford@nrsagency.com Jan 23 2020 23:57:31     SHORE MEDICAL CENTER,
                C/O NATIONWIDE RECOVERY SERVICE,   PO BOX 8005,   CLEVELAND, TN 37320-8005
518464860      E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 00:03:27     SYNCB/American Eagle PLCC,
                PO Box 965005,   Orlando, FL  32896-5005
518464861      E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 00:03:28     SYNCB/Home Design,
                PO Box 960061,   Orlando, FL  32896-0061
518464862      E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 00:04:25     SYNCB/JC Penney,   POB 965007,
                Orlando, FL  32896-5007
518464863     +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 00:03:30     SYNCB/TJX Co PLCC,
                PO Box 965015,   Orlando, FL 32896-5015
518466335     +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 00:04:26     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518464864      E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 00:04:27     Synchrony Networks,
                PO Box 965036,   Orlando, FL  32896-5036
518464868      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 23 2020 23:55:29
                Verizon,   PO Box 650584,   Dallas, TX  75265-0584
518572229     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2020 00:05:03     Verizon,
                by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518464869      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 23 2020 23:55:29
                Verizon Wireless,   PO Box 650051,   Dallas, TX  75265-0051
                                                                                              TOTAL: 52

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518464774*      AFNI, Inc.,   POB 3427,   Bloomington, IL  61702-3427
518609569*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Department of Treasury,
                 Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
518464776      ##Alliance One Receivable,   POB 2449,   Gig Harbor, WA  98335-4449
518464816      ##Gary Dinenberg,   PO Box 875,   Pleasantville, NJ  08232-0875
518464817      ##Gary Dinenberg, Esq.,   PO Box 875,   Pleasantville, NJ  08232-0875
518464818      ##Gibson & Sharps,   9420 Bunsen Pkwy Ste 250,   Louisville, KY  40220-4205
                                                                                       TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1            User: admin                Page 4 of 4                Date Rcvd: Jan 23, 2020
                                Form ID: pdf901            Total Noticed: 118
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jeanie D. Wiesner    on behalf of Debtor Francis M. Urban jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
              Jeanie D. Wiesner    on behalf of Joint Debtor Francine  Urban jwiesner@subranni.com,
               dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
              Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```