UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Subranni Zauber LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000 : Fax (609) 345-4545
Attorneys for Debtors

| | |
|---|---|
| In Re:<br><br>Francis M. Urban<br>Francine Urban<br>Debtors | Case No.: 19-27777-ABA<br>Judge: Altenburg, Jr.<br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by  Santander Consumer USA , creditor,

    A hearing has been scheduled for  September 1, 2020 , at  10:00AM .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Debtors propose to resolve arrears by lump sum payment $1,206.76. Regular monthly payments to resume September 2020. Attorney will have funds on hand no date later than date of the hearing.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: August 24, 2020                                  /s/ Francis M. Urban
                                                       Debtor's Signature

Date: August 24, 2020                                  /s/ Francine Urban
                                                       Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*