UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

51552

Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital

In Re:

FRANCIS M. URBAN
FRANCINE URBAN

Order Filed on September 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-27777

Adv. No.

Hearing Date: 9-1-20

Judge: (ABA)

**ORDER FOR, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 16, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Francis and Francine Urban
Case No: 19-27777
Caption of Order: Order for monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital ("Chrysler Capital"), with the appearance of Jeanie D. Wiesner, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**
1. **That Chrysler Capital is the holder of a first purchase money security interest encumbering a 2012 Volkswagen Jetta bearing vehicle identification number 3VWDP7AJ8CM376554.**
2. **That commencing September 2020, if the Debtors fail to make any payment to Chrysler Capital within thirty (30) days after a payment falls due, Chrysler Capital shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**
3. **That the Debtors must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Santander/Chrysler Capital must be listed as loss payee. If the Debtors fail to maintain valid insurance on the vehicle, Chrysler Capital shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the Chapter 13 Trustee.**
4. **That the Debtors are to pay a counsel fee of $431.00 to Chrysler Capital through their chapter 13 plan.**

United States Bankruptcy Court
District of New Jersey

In re:  
Francis M. Urban  
Francine Urban  
      Debtors

Case No. 19-27777-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 16, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2020.  
db/jdb         Francis M. Urban,    Francine Urban,   184 Blackman Rd,    Egg Harbor Township, NJ   08234-7530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2020 at the address(es) listed below:
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
       Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
       Jeanie D. Wiesner    on behalf of Joint Debtor Francine   Urban jwiesner@subranni.com, dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
       Jeanie D. Wiesner    on behalf of Debtor Francis M. Urban jwiesner@subranni.com, dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
       John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
       Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
       William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital mortoncraigecf@gmail.com,   mortoncraigecf@gmail.com
                                                                                                                                                                            TOTAL: 8