UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By: Jeanie D. Wiesner, Esq.  JW3209
jwiesner@subranni.com

Order Filed on January 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Francis M. Urban
Francine Urban
Debtors

Case No.:    19-27777

Chapter:    13

Judge:    Altenburg, Jr.

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: January 21, 2021

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jeanie D. Wiesner, Esq._____, the applicant, is allowed a fee of $ _____357.50_____ for services rendered and expenses in the amount of $_____1.00_____ for a total of $_____358.50_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____$568.00_____ per month for _____43_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27777-ABA |
| Francis M. Urban | Chapter 13 |
| Francine Urban | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Francis M. Urban, Francine Urban, 184 Blackman Rd, Egg Harbor Township, NJ 08234-7530 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeanie D. Wiesner | on behalf of Joint Debtor Francine Urban jwiesner@subranni.com dhoff@subranni.com;cwild@subranni.com;tom@subranni.com |
| Jeanie D. Wiesner | on behalf of Debtor Francis M. Urban jwiesner@subranni.com  dhoff@subranni.com;cwild@subranni.com;tom@subranni.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA  N.A. rsolarz@kmllawgroup.com |
| U.S. Trustee | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 21, 2021 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital mortoncraigecf@gmail.com, mortoncraigecf@gmail.com

TOTAL: 8