UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Lavin, Cedrone, Graver, Boyd & DiSipio
1300 Route 73, Suite 307
Mt. Laurel, NJ 08054
(856) 778-5544
Attorneys for Ally Financial Inc.

IN RE:

FRANCIS M. URBAN and
FRANCINE URBAN

           Debtors

Case No. 19-27777(ABA)

Chapter 13

Hearing Date: July 27, 2021 at 10:00 a.m.

Judge:  Andrew B. Altenburg Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified bellow has been:

■ Settled        ☐ Withdrawn

Matter:  Ally Financial Inc.'s Motion for Relief from Stay

Date:  July 27, 2021

/s/ Regina Cohen
Signature

2262489v1