B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of New Jersey

**In re: FRANCIS M URBAN, FRANCINE URBAN**  Case No. 19-27777

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>BANK OF AMERICA, N.A. | Name of Transferor:<br>Bank of America |
| Name and Address where notices to Transferee should be sent:<br><br>Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806 | Court Claim # (if known): 9-1<br><br>Amount of Claim: $151,277.42<br>Date Claim Filed: 11/04/2019 |
| Phone: 800-561-4567<br>Last Four Digits of Acct #: 9620 | Phone: (800) 669-6607<br>Last Four Digits of Acct #: 3369 |
| Name and Address where Transferee payments should be sent (if different from above):<br><br>Carrington Mortgage Services, LLC<br>P.O. Box 660586<br>Dallas, TX 75266-0586 | |
| Phone:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ADRIENNE STUBBS                                                                         Date: 02/08/2022
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

*In Re:*                                                                                  Case No. 19-27777
**FRANCIS M URBAN, FRANCINE URBAN**

         **Debtor(s)**                                                                   **Chapter 13**

### CERTIFICATE OF SERVICE

I hereby certify that on 02/08/2022, a true and correct copy of the foregoing was served upon all interested parties pursuant to the Court's CM/ECF system.

By: /s/ADRIENNE STUBBS
BANK OF AMERICA, N.A.
1425 Greenway Drive, Suite 250
Irving, TX 75038

Debtor through the debtor's attorney of record
FRANCIS M URBAN,
FRANCINE URBAN
184 BLACKMAN RD
EGG HARBOR TOWNSHIP NJ 08234-7530

Trustee
ISABEL C BALBOA
535 Route 38 - Suite 580
CHERRY HILL NJ 08002-2977

Debtor's Counsel
JEANIE D WIESNER
Sadek & Cooper
1315 Walnut Street Ste 502
Philadelphia PA 19107

U.S. Trustee (if applicable)
Office of the US Trustee
One Newark Center Ste 2100
Newark NJ 07102