Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 4

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-27777 (ABA)

Francis M. Urban and Francine Urban  
184 Blackman Road  
Egg Harbor Township, NJ  08234-7530

Monthly Payment: $754.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2022 | $739.00 | 02/14/2022 | $739.00 | 03/10/2022 | $739.00 | 04/11/2022 | $739.00 |
| 05/12/2022 | $754.00 | 06/13/2022 | $754.00 | 07/13/2022 | $754.00 | 08/15/2022 | $754.00 |
| 09/12/2022 | $754.00 | 10/11/2022 | $754.00 | 11/14/2022 | $754.00 | 12/12/2022 | $754.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | FRANCIS M. URBAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JEANIE D. WIESNER, ESQUIRE | 13 | $3,750.00 | $3,750.00 | $0.00 | $0.00 |
| 0 | JEANIE D. WIESNER, ESQUIRE | 13 | $358.50 | $358.50 | $0.00 | $358.50 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | AFNI, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ACUTIS DIAGNOSTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AFNI | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ALL ABOUT EYES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ALLIANCE ONE RECEIVABLE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ALLY FINANCIAL | 24 | $976.91 | $575.79 | $401.12 | $226.25 |
| 7 | ANTHONY G. , JR. CAMPO MD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ARROW FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ATLANTIC RADIOLOGISTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ATLANTIC SMILES LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CARRINGTON MORTGAGE SERVICES, LLC | 24 | $23,094.16 | $13,611.25 | $9,482.91 | $5,348.22 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $798.11 | $0.00 | $798.11 | $0.00 |
| 14 | CAPITAL COLLECTION SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | CAPITAL MANAGEMENT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CAPITAL ONE BANK USA, N.A. | 33 | $3,970.24 | $0.00 | $3,970.24 | $0.00 |
| 17 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | CAPITAL ONE FSB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | CAVALRY SPV I, LLC | 33 | $391.67 | $0.00 | $391.67 | $0.00 |
| 20 | SANTANDER CONSUMER USA, INC. | 24 | $221.73 | $221.73 | $0.00 | $144.80 |
| 21 | CITY OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | COLLECTION AND RECOVERIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | COLLECTIONS & RECOVERIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 24 | COMCAST | 33 | $217.65 | $0.00 | $217.65 | $0.00 |
| 25 | COMENITY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | COMENITY BANK/PIER 1 | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | QUANTUM3 GROUP, LLC | 33 | $277.42 | $0.00 | $277.42 | $0.00 |
| 28 | COMENITYCAPITALBANK/BOSC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | CONVERGENT OUTSOURCING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | CREDENCE RESOURCE MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | DIRECTV, LLC | 33 | $470.46 | $0.00 | $470.46 | $0.00 |
| 32 | DIVERSIFIED CONSULTANTS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | ELAB SOLUTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | ER SOLUTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | EGG HARBOR TOWNSHIP MUA | 28 | $173.47 | $0.00 | $173.47 | $0.00 |
| 36 | EICHENBAUM & STYLIANOU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | EXPRESS CLAIMS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | EXXONMOBIL / CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | FAIA & FRICK LAW OFFICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | FEIN SUCH KAHN & SHEPARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | FIRST NATIONAL ACCEPTANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | FIRSTSOURCE ADVANTAGE, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | FLORIDA DEPARTMENT OF TRANSPORTATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | FOOT & ANKLE CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | GARY DINENBERG | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | GARY DINENBERG, ESQ. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | GIBSON & SHARPS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | GRACE FAMILY DENTISTRY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | HSBC BANK NEVADA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | QUANTUM3 GROUP, LLC | 33 | $598.82 | $0.00 | $598.82 | $0.00 |
| 51 | HORIZON EYE CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | IMMEDIATE CREDIT RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | DEPARTMENT OF THE TREASURY | 28 | $406.36 | $0.00 | $406.36 | $0.00 |
| 54 | ISLAND NATIONAL GROUP LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $259.28 | $0.00 | $259.28 | $0.00 |
| 56 | KML LAW GROUP PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | CAPITAL ONE, N.A. | 33 | $828.91 | $0.00 | $828.91 | $0.00 |
| 58 | KINUM INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | LARIDIAN FINANCIAL, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | MRC RECEIVABLES FOR CIRCUIT CITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | ASHLEY FUNDING SERVICES, LLC | 33 | $25.00 | $0.00 | $25.00 | $0.00 |
| 62 | MAINLAND DENTAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | MULLOOLY JEFFREY ET AL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 64 | MUSIC & ARTS CENTER | 33 | $426.17 | $0.00 | $426.17 | $0.00 |
| 65 | NCO FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 66 | NCO FINANCIAL SYSTEMS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 67 | NCO PORTFOLIO MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 68 | NCO PORTFOLIO MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 69 | STATE OF NEW JERSEY | 33 | $755.44 | $0.00 | $755.44 | $0.00 |
| 70 | NJ EZ PASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 71 | NJ EZ PASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 72 | NATIONWIDE RECOVERY SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 73 | NEW CENTURY FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 74 | NEW CENTURY FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 75 | NUDELMAN NUDELMAN & ZIERING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 76 | OAK TREE PEDIATRIC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 3 of 4

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-27777 (ABA)

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 77 | PLATINUM FINANCIAL SERVCIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 78 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 79 | QUANTUM3 GROUP, LLC | 33 | $317.24 | $0.00 | $317.24 | $0.00 |
| 80 | PRESSLER, FELT & WARSHAW, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 81 | PUKENAS DMD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 82 | RJM ACQUISITIONS LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 83 | RICKART COLLECTION SYSTEMS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 84 | SMH PROFESSIONAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 85 | SYNCB/AMERICAN EAGLE PLCC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 86 | SYNCB/HOME DESIGN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 87 | SYNCB/JC PENNEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 88 | SYNCB/TJX CO PLCC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 89 | SEARS / CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 90 | SHORE MEDICAL CENTER | 33 | $185.00 | $0.00 | $185.00 | $0.00 |
| 91 | SHORT ORTHODONTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 92 | STOCKTON UNIVERSITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 93 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 94 | TD BANK USA/TARGET CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 95 | TROCKI PLASTIC SURGERY CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 96 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, | 33 | $560.33 | $0.00 | $560.33 | $0.00 |
| 97 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 98 | VERIZON BY AMERICAN INFOSOURCE | 33 | $243.19 | $0.00 | $243.19 | $0.00 |
| 99 | VERIZON BY AMERICAN INFOSOURCE | 33 | $1,087.83 | $0.00 | $1,087.83 | $0.00 |
| 100 | WACHOVIA BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 101 | WALT DISNEY WORLD CO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 102 | WELLS FARGO DEALER SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 103 | FRANCINE URBAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 104 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 105 | JEANIE D. WIESNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 106 | PHILADELPHIA PARKING AUTHORITY | 33 | $175.00 | $0.00 | $175.00 | $0.00 |
| 107 | DEPARTMENT OF THE TREASURY | 33 | $226.87 | $0.00 | $226.87 | $0.00 |
| 108 | STATE OF NEW JERSEY | 28 | $301.14 | $0.00 | $301.14 | $0.00 |
| 109 | SANTANDER CONSUMER USA, INC. | 13 | $431.00 | $431.00 | $0.00 | $0.00 |
| 110 | ALLY FINANCIAL | 24 | $5,659.35 | $2,500.94 | $3,158.41 | $608.14 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 10/01/2019 | 22.00 | $0.00 |
| 08/01/2021 | Paid to Date | $12,624.00 |
| 09/01/2021 | 7.00 | $739.00 |
| 04/01/2022 | 30.00 | $754.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,988.00 |
| Total paid to creditors this period: | $6,685.91 |
| Undistributed Funds on Hand: | $689.16 |
| Arrearages: | $15.00 |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**