Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 19–27777–ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Francis M. Urban | Francine Urban |
| aka Michael Urban | aka Francine A. Urban |
| 184 Blackman Rd | 184 Blackman Rd |
| Egg Harbor Township, NJ 08234–7530 | Egg Harbor Township, NJ 08234–7530 |

Social Security No.:
  xxx–xx–2456                                       xxx–xx–9679

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

    TO: <u>Francis M. Urban and Francine Urban</u>
          Debtor(s)

    You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: November 5, 2024
JAN: def

                                                                <u>Jeanne Naughton, Clerk</u>