**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Francis M. Urban<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2456<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Francine Urban<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9679<br>EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–27777–ABA

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Francis M. Urban                                          Francine Urban
aka Michael Urban                                         aka Francine A. Urban

12/11/24                                                  **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27777-ABA |
| Francis M. Urban | Chapter 13 |
| Francine Urban | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 6 |
| Date Rcvd: Dec 11, 2024 | Form ID: 3180W | Total Noticed: 127 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Francis M. Urban, Francine Urban, 184 Blackman Rd, Egg Harbor Township, NJ 08234-7530 |
| 518464772 | | Acutis Diagnostics, 728 Larkfield Rd, East Northport, NY 11731-6108 |
| 518464775 | | All About Eyes, 3007 Ocean Heights Ave # 5, Egg Harbor Township, NJ 08234-7749 |
| 518464776 | | Alliance One Receivable, POB 2449, Gig Harbor, WA 98335-4449 |
| 518464778 | | Anthony G. , Jr. Campo MD, 223 Shore Rd, Somers Point, NJ 08244-2631 |
| 518464779 | | Apex Asset Management, 1891 Santa Barbara Dr Ste 204, Lancaster, PA 17601-4106 |
| 518464780 | | Arrow Financial Services, 5996 W. Touhy Ave., Niles, IL 60714-4610 |
| 518464781 | + | Atlantic Radiologists, POB 1262, Indianapolis, IN 46206-1262 |
| 518464782 | + | Atlantic Smiles LLC, 3069 English Creek Ave. Ste. 304, Egg Harbor Twp., NJ 08234-9708 |
| 518476955 | + | BANK OF AMERICA, N.A., KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518464783 | | Bank Of America Home Loans, PO Box 660694, Dallas, TX 75266-0694 |
| 518464790 | | Chrysler Capital, PO Box 621212, Fort Worth, TX 76101 |
| 518464792 | | Collection and recoveries, PO Box 35, Northfield, NJ 08225-0035 |
| 518464793 | | Collections & Recoveries, 201 Tilton Rd Ste 8, Northfield, NJ 08225-1247 |
| 518464803 | + | Diversified Consultants, Inc., POB 551268, Jacksonville, FL 32255-1268 |
| 518464806 | + | ELab Solutions, 5009 Roswell Rd, Sandy Springs, GA 30342-2205 |
| 518464804 | + | Egg Harbor Township MUA, 3515 Bargaintown Road, Egg Harbor Township, NJ 08234-8321 |
| 518464805 | + | Eichenbaum & Stylianou, POB 914, Paramus, NJ 07653-0914 |
| 518464808 | + | Express Claims, Inc., 2360 Lakewood Rd Ste 3, Toms River, NJ 08755-1933 |
| 518464810 | | Faia & Frick Law Office, 1406 S Main St, Pleasantville, NJ 08232-3513 |
| 518464812 | + | First National Acceptance, Attn: Hayt Hayt & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 518464814 | | Florida Department of Transportation, PO Box 71237, Charlotte, NC 28272-1237 |
| 518464815 | | Foot & Ankle Center, 438 Ganttown Rd Ste B4, Sewell, NJ 08080-1887 |
| 518464816 | | Gary Dinenberg, PO Box 875, Pleasantville, NJ 08232-0875 |
| 518464817 | | Gary Dinenberg, Esq., PO Box 875, Pleasantville, NJ 08232-0875 |
| 518464818 | | Gibson & Sharps, 9420 Bunsen Pkwy Ste 250, Louisville, KY 40220-4205 |
| 518464819 | | Grace Family Dentistry, 3502 Bargaintown Rd, Egg Harbor Township, NJ 08234-8320 |
| 518464821 | | Horizon Eye Care, 2401 Bay Ave, Ocean City, NJ 08226-2456 |
| 518464825 | | Island National Group LLC, 6851 Jericho Tpke Ste 180, Syosset, NY 11791-4421 |
| 518464828 | | KML Law Group PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 518464827 | | Kinum Inc., 2133 Upton Dr Ste 126, Virginia Beach, VA 23454-1194 |
| 518464830 | | Laridian Consulting, Inc., 577 Hamburg Tpke, Wayne, NJ 07470-2042 |
| 518464831 | | Mainland Dental, 50 W Black Horse Pike, Pleasantville, NJ 08232-2645 |
| 518464840 | | NCO Portfolio Management, Att: Nudelman Nudelman & Ziering, 425 Eagle Rock Ave, Roseland, NJ 07068-1717 |
| 518464844 | + | NJ EZ Pass, POB 52005, Newark, NJ 07101-8205 |
| 518464846 | | Nudelman Nudelman & Ziering, 425 Eagle Rock Ave, Roseland, NJ 07068-1717 |
| 518464847 | | Oak Tree Pediatric, 1601 Tilton Rd Ste 1, Northfield, NJ 08225-1858 |
| 518464848 | | Platinum Financial Servcies, 7910 Woodmont Ave Ste 1350, Bethesda, MD 20814-7069 |
| 518464852 | | Pukenas DMD, 3069 English Creek Ave, Egg Harbor Township, NJ 08234-9708 |
| 518464854 | | RJM Acquisitions LLC, 575 Underhill Blvd Ste 224, Syosset, NY 11791-3416 |
| 518464858 | | SMH Professional Services, PO Box 48094, Newark, NJ 07101-4893 |
| 518908944 | + | Santander Consumer USA Inc., Law Offices of John R. Morton, Jr., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |

Case 19-27777-ABA    Doc 67    Filed 12/13/24    Entered 12/14/24 00:16:47    Desc Imaged
                              Certificate of Notice    Page 4 of 8

| District/off: 0312-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: 3180W | Total Noticed: 127 |

| | | |
|---|---|---|
| 518464856 | | Shore Medical Center, PO Box 42972, Philadelphia, PA 19101-2972 |
| 518464857 | | Short Orthodontics, 216 New Rd, Linwood, NJ 08221-1214 |
| 518464859 | | Stockton University, 101 Vera King Farris Dr, Galloway, NJ 08205-9441 |
| 518464866 | + | Trocki Plastic Surgery Center, 631 Tilton Rd, Northfield, NJ 08225-1255 |
| 518464871 | | Walt Disney World Co, Attn: BCA Financial Servcies, 18001 Old Cutler Rd Ste 462, Miami, FL 33157-6437 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 11 2024 20:39:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518464773 | | Email/Text: EBNProcessing@afni.com | Dec 11 2024 20:38:00 | Afni, PO Box 3427, Bloomington, IL 61702-3427 |
| 519277833 | + | EDI: AISACG.COM | Dec 12 2024 01:22:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518568797 | | EDI: GMACFS.COM | Dec 12 2024 01:22:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518464777 | | EDI: GMACFS.COM | Dec 12 2024 01:22:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 518584494 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 20:42:20 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518552816 | | EDI: BANKAMER | Dec 12 2024 01:22:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518579692 | | EDI: Q3GTBI | Dec 12 2024 01:22:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519503703 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 11 2024 20:36:00 | BANK OF AMERICA, N.A., 1600 South Douglass Road, Anaheim, CA, 92806 |
| 519503704 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 11 2024 20:36:00 | BANK OF AMERICA, N.A., 1600 South Douglass Road, Anaheim, CA, 92806, BANK OF AMERICA, N.A., 1600 South Douglass Road, Anaheim, CA, 92806 |
| 518503671 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 11 2024 20:39:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 518488827 | + | EDI: COMCASTCBLCENT | Dec 12 2024 01:22:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518464796 | | EDI: WFNNB.COM | Dec 12 2024 01:22:00 | COmenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 518464784 | | Email/Text: amanda@cascollects.com | Dec 11 2024 20:39:00 | Capital Collection Services, PO Box 150, West Berlin, NJ 08091-0150 |
| 518464785 | + | Email/Text: cms-bk@cms-collect.com | Dec 11 2024 20:38:00 | Capital Management Services, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 518464786 | | EDI: CAPITALONE.COM | Dec 12 2024 01:22:00 | Capital One Bank (USA) NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 518488834 | + | EDI: AIS.COM | Dec 12 2024 01:22:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-27777-ABA    Doc 67    Filed 12/13/24    Entered 12/14/24 00:16:47    Desc Imaged
                              Certificate of Notice    Page 5 of 8

| District/off: 0312-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: 3180W | Total Noticed: 127 |

| | | | | |
|---|---|---|---|---|
| 518464787 | + | EDI: CAPITALONE.COM | Dec 12 2024 01:22:00 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 518464788 | | EDI: CAPITALONE.COM | Dec 12 2024 01:22:00 | Capital One FSB, PO Box 70885, Charlotte, NC 28272-0885 |
| 518542265 | | Email/PDF: bncnotices@becket-lee.com | Dec 11 2024 20:42:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518464789 | + | Email/Text: bankruptcy@cavps.com | Dec 11 2024 20:39:00 | Cavalry Portfolio Services, 500 Summit Lake Dr., Valhalla, NY 10595-2321 |
| 518479335 | + | Email/Text: bankruptcy@cavps.com | Dec 11 2024 20:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518464791 | | Email/Text: bankruptcy@philapark.org | Dec 11 2024 20:39:00 | City of Philadelphia, PO Box 41818, Philadelphia, PA 19101-1818 |
| 518464794 | + | EDI: COMCASTCBLCENT | Dec 12 2024 01:22:00 | Comcast, 1846 N. West Blvd., Vineland, NJ 08360-2000 |
| 518464795 | | EDI: WFNNB.COM | Dec 12 2024 01:22:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 518464797 | + | EDI: WFNNB.COM | Dec 12 2024 01:22:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 518464798 | + | EDI: WFNNB.COM | Dec 12 2024 01:22:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 518464799 | | EDI: WFNNB.COM | Dec 12 2024 01:22:00 | ComenityCapitalBank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 518464800 | + | EDI: CONVERGENT.COM | Dec 12 2024 01:22:00 | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 518464801 | | Email/Text: bankruptcy@credencerm.com | Dec 11 2024 20:39:00 | Credence Resource Management, PO Box 2300, Southgate, MI 48195-4300 |
| 518464802 | | EDI: DIRECTV.COM | Dec 12 2024 01:22:00 | DirecTV, POB 11732, Newark, NJ 07101-4732 |
| 518535911 | + | EDI: AIS.COM | Dec 12 2024 01:22:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518464807 | + | EDI: CONVERGENT.COM | Dec 12 2024 01:22:00 | ER Solutions, 800 SW 39th St, Renton, WA 98057-4927 |
| 518464809 | | EDI: CITICORP | Dec 12 2024 01:22:00 | ExxonMobil / Citibank, POB 6497, Sioux Falls, SD 57117-6497 |
| 518464811 | | Email/Text: ecourts.col_efilings@fskslaw.com | Dec 11 2024 20:37:00 | Fein Such Kahn & Shepard, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 518464813 | + | Email/Text: crdept@na.firstsource.com | Dec 11 2024 20:39:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 518464822 | | EDI: HFC.COM | Dec 12 2024 01:22:00 | HSBC Bank Nevada, POB 5253, Carol Stream, IL 60197-5253 |
| 518464820 | ^ | MEBN | Dec 11 2024 20:32:42 | Hayt Hayt & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 518464824 | | EDI: IRS.COM | Dec 12 2024 01:22:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518464826 | | EDI: JEFFERSONCAP.COM | Dec 12 2024 01:22:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 518557943 | | EDI: JEFFERSONCAP.COM | Dec 12 2024 01:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518464829 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 11 2024 20:36:00 | KOHLS Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |

Case 19-27777-ABA    Doc 67    Filed 12/13/24    Entered 12/14/24 00:16:47    Desc Imaged
                          Certificate of Notice    Page 6 of 8

| District/off: 0312-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: 3180W | Total Noticed: 127 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 518464832 | Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2024 20:38:00 | MRC Receivables for Circuit City, 5775 Roscoe Ct, San Diego, CA 92123-1356 |
| 518464833 | ^ MEBN | Dec 11 2024 20:31:32 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518464834 | Email/Text: Bankruptcy@mjrf.com | Dec 11 2024 20:37:00 | Mullooly Jeffrey et al, PO Box 9036, Syosset, NY 11791-9036 |
| 518464835 | + Email/Text: cdadmin@musicarts.com | Dec 11 2024 20:39:00 | Music & Arts Centers, 4626 Wedgewood Blvd, Frederick, MD 21703-7159 |
| 518587170 | + Email/Text: cdadmin@musicarts.com | Dec 11 2024 20:39:00 | Music and Arts, 5295 Westview Drive, Suite 300, Frederick, MD 21703-8519 |
| 518464836 | Email/Text: paula.tilley@nrsagency.com | Dec 11 2024 20:36:00 | Nationwide Recovery Service, 545 Inman St W, Cleveland, TN 37311-1768 |
| 518464837 | + Email/Text: egssupportservices@alorica.com | Dec 11 2024 20:38:00 | NCO Financial Services, 507 Prudential Road, Horsham, PA 19044-2308 |
| 518464838 | + Email/Text: egssupportservices@alorica.com | Dec 11 2024 20:38:00 | NCO Financial Systems, Inc., 507 Prudential Road, Horsham, PA 19044-2308 |
| 518464839 | Email/Text: egssupportservices@alorica.com | Dec 11 2024 20:38:00 | NCO Portfolio Management, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 518464845 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 11 2024 20:36:00 | NJ EZ Pass, PO Box 4971, Trenton, NJ 08650 |
| 518464842 | Email/PDF: bankruptcy@ncfsi.com | Dec 11 2024 20:42:08 | New Century Financial Services, 110 S Jefferson Rd # 104, Whippany, NJ 07981-1038 |
| 518464849 | EDI: PRA.COM | Dec 12 2024 01:22:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 518464850 | Email/Text: signed.order@pfwattorneys.com | Dec 11 2024 20:36:00 | Pressler Felt & Warshaw, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518464851 | Email/Text: signed.order@pfwattorneys.com | Dec 11 2024 20:36:00 | Pressler Felt Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518464841 | Email/Text: signed.order@pfwattorneys.com | Dec 11 2024 20:36:00 | New Century Financial, Attn: Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518495102 | + Email/Text: bankruptcy@philapark.org | Dec 11 2024 20:39:00 | Philadelphia Parking Authority, 701 Market St., Suite 5400, Philadelphia, PA 19106-2895 |
| 518574933 | EDI: Q3G.COM | Dec 12 2024 01:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518574939 | EDI: Q3G.COM | Dec 12 2024 01:22:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518464853 | Email/Text: pattim@rickart.com | Dec 11 2024 20:38:00 | Rickart Collection Systems, Inc., PO Box 7242, North Brunswick, NJ 08902-7242 |
| 518556740 | Email/Text: paula.tilley@nrsagency.com | Dec 11 2024 20:36:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 518609569 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 11 2024 20:36:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518464843 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 11 2024 20:36:00 | NJ Division Of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518464860 | EDI: SYNC | Dec 12 2024 01:22:00 | SYNCB/American Eagle PLCC, PO Box 965005, Orlando, FL 32896-5005 |
| 518464861 | EDI: SYNC | Dec 12 2024 01:22:00 | SYNCB/Home Design, PO Box 960061, Orlando, FL 32896-0061 |
| 518464862 | EDI: SYNC | | |

Case 19-27777-ABA    Doc 67    Filed 12/13/24    Entered 12/14/24 00:16:47    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0312-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: 3180W | Total Noticed: 127 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518464863 | + | EDI: SYNC | Dec 12 2024 01:22:00 | SYNCB/JC Penney, POB 965007, Orlando, FL 32896-5007 |
| | | | Dec 12 2024 01:22:00 | SYNCB/TJX Co PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 518908943 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 11 2024 20:39:00 | Santander Consumer USA Inc.,, d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 518464855 | | EDI: CITICORP | Dec 12 2024 01:22:00 | Sears / CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 518466335 | ^ | MEBN | Dec 11 2024 20:32:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518464864 | | EDI: SYNC | Dec 12 2024 01:22:00 | Synchrony Networks, PO Box 965036, Orlando, FL 32896-5036 |
| 518464865 | | EDI: WTRRNBANK.COM | Dec 12 2024 01:22:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 518572229 | + | EDI: AIS.COM | Dec 12 2024 01:22:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518464868 | | EDI: VERIZONCOMB.COM | Dec 12 2024 01:22:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |
| 518464869 | | EDI: VERIZONCOMB.COM | Dec 12 2024 01:22:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 518464870 | + | EDI: WFFC2 | Dec 12 2024 01:22:00 | Wachovia Bank, POB 10335, Des Moines, IA 50306-0335 |
| 518464872 | | EDI: WFFC2 | Dec 12 2024 01:22:00 | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 80

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial Inc., PO Box 130424, Roseville, MN 55113-0004 |
| 518464774 | * | AFNI, Inc., POB 3427, Bloomington, IL 61702-3427 |
| 518464823 | ## | Immediate Credit Recovery, PO Box 1900, Wappingers Falls, NY 12590-8900 |
| 518464867 | ## | Trover Solutions, PO Box 36380, Louisville, KY 40233-6380 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024    Signature:    /s/Gustava Winters

District/off: 0312-1 | User: admin | Page 6 of 6
Date Rcvd: Dec 11, 2024 | Form ID: 3180W | Total Noticed: 127

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeanie D. Wiesner | on behalf of Debtor Francis M. Urban jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Jeanie D. Wiesner | on behalf of Joint Debtor Francine Urban jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 10