Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–27777–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francis M. Urban
aka Michael Urban
184 Blackman Rd
Egg Harbor Township, NJ 08234–7530

Francine Urban
aka Francine A. Urban
184 Blackman Rd
Egg Harbor Township, NJ 08234–7530

Social Security No.:
xxx–xx–2456

xxx–xx–9679

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: January 10, 2025

Andrew B. Altenburg Jr.
Judge, United States Bankruptcy Court